ANGELINA FITZGERALD AND OTHERS V. GARRETT FITZGERALD.

Where there was a verdict for defendant upon which a judgment is rendered for costs only, but no entry of other definitive sentence, it is not such final judgment to which a writ of error will lie.

Error from Fannin. Tried below before Hon. W. S. Todd.

The judgment of the Court, after reciting the verdict of the jury, which was in the following words, viz: "We, the jury, find a verdict for the defendant Garrett Fitzgerald," was expressed in these words: "It is therefore ordered, adjudged and decreed that the defendant have and recover of the plaintiff in this suit all costs of this suit herein expended, for which execution may issue."

*W. H. Johnson*, for plaintiff in error.

*Dillahunty & Wright*, for defendant in error.

HEMPHILL, CH. J. In this case the writ of error must be dismissed for the want of a final judgment in the cause. There was a verdict for defendant, upon which there is a judgment for costs only ; but no such entry as that the plaintiffs take nothing by their suit, or other definitive sentence in favor of the defendant upon the matters contained in the record. It has been repeatedly held that the judgment for costs alone is not such final judgment as can be brought up for revision. (Warren v. Shuman *et al.*, 5 Tex. R. 411.) Writ of error dismissed.

Dismissed.